UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**IN RE: HOTEL INDUSTRY SEX TRAFFICKING
LITIGATION**                                                                                             MDL No. 2928

**MAJOR DEFICIENCY LIST**

The following deficiency is considered MAJOR:

Pleading No. 225 is out of time. Briefing in the matter closed on January 10, 2020.

(*See* Doc. No. 201 ("Parties in any potential tag-along action may file an Interested Party response, but must do so promptly, and in any event, no later than the Thursday prior to the hearing session at which the motion for transfer is to be heard by the Panel.")).

*See* Panel Rule 6.3.

                                                                                                FOR THE PANEL:

                                                                                                *[signature]*
                                                                                                _____
                                                                                                John W. Nichols
                                                                                                Clerk of the Panel